FILED

JUN - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

530
new

## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  CLARKE          KEVIN          E
_____
        (Last)              (First)              (Initial)

Prisoner Number  F-06015 #
_____

Institutional Address  CENTINELA STATE PRISON C-2-145 P.O. BOX 921
IMPERIAL CA, 92251

=========================================================================

UNITED STATES DISTRICT COURT E-filing

NORTHERN DISTRICT OF CALIFORNIA     CW

MR. KEVIN EDWARD CLARKE
_____     Case No.  CV 08          2890
Full Name of Petitioner          (To be supplied by the Clerk,
                                 United States District Court)

            vs.                                        (PR)

WARDEN-VICTOR M. ALMAGER     PETITION FOR A WRIT OF HABEAS CORPUS
_____
Name of Respondent
(Warden or jailor)


=========================================================================

### Read Comments Carefully Before Filling In

**When and Where to File**

    You should file in the Northern District if you were convicted
and sentenced in one of these counties: Alameda, Contra Costa, Del
Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito,
Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma.  You
should also file in this district if you are challenging the manner in
which your sentence is being executed, such as loss of good time
credits, and you are confined in one of these counties.  Habeas L.R.
2254-3(a).

    If you are challenging your conviction or sentence and you were
not convicted and sentenced in one of the above-named fifteen
counties, your petition will likely be transferred to the United
States District Court for the district in which the state court that
convicted and sentenced you is located.  If you are challenging the
execution of your sentence and you are not in prison in one of these
counties, your petition will likely be transferred to the district
court for the district that includes the institution where you are
confined.  Habeas L.R. 2254-3(b).

<u>Who to Name as Respondent</u>

You must name the person in whose actual custody you are.  This usually means the Warden or jailor.  Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced.  These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack was entered.

<u>A.  INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

1.  What sentence are you challenging in this petition?

(a)  Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

<u>SAN MATEO SUPERIOR COURT OF C.A.</u>    <u>REDWOOD CT CA</u>
   Court                                      Location

(b)  Case number, if known <u>No. SCO55709</u>

(c)  Date and terms of sentence <u>OCT 3, 2005  L.W.O.P. AND 14 YR</u>

(d)  Are you now in custody serving this term?  (Custody means being in jail, on parole or probation, etc.)  Yes <u>✓</u>  No _____

Where? <u>CENTINELA STATE PRISON  P.O. BOX 921  IMPERIAL  CA 92251</u>
       (Name of Institution)                      (Address)

2.  For what crime were you given this sentence?  (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known.  If you are challenging more than one sentence, you should file a different petition for each sentence.)

<u>MURDER WITH SPECIAL CIRCUMSTANCES 187 (COUNT 1#)</u>
<u>ROBBERY 212.5 (COUNT 2#) BURGLARY (COUNT 3#) 460,</u>

3.  Did you have any of the following?

Arraignment:  Yes <u>✓</u>  No _____    Preliminary Hearing:  Yes <u>✓</u>  No _____
Motion to Suppress:  Yes _____  No <u>✓</u>

2

4.   How did you plead?

Guilty _____    Not Guilty ✓    Nolo Contendere _____

Any other plea (specify) _____

5.   If you went to trial, what kind of trial did you have?

Jury ✓    Judge alone _____    Judge alone on a transcript _____

6.   Did you testify at your trial?   Yes ✓   No _____

7.   Did you have an attorney at the following proceedings:

(a)   Arraignment      Yes ✓   No _____
(b)   Preliminary hearing    Yes ✓   No _____
(c)   Time of plea     Yes ✓   No _____
(d)   Trial     Yes ✓   No _____
(e)   Sentencing       Yes ✓   No _____
(f)   Appeal    Yes ✓   No _____
(g)   Other post-conviction proceeding    Yes _____   No ✓

8.   Did you appeal your conviction?    Yes ✓   No _____

(a)   If you did, to what court(s) did you appeal?

| | | | (Year) | (Result) |
|---|---|---|---|---|
| Court of Appeal | Yes ✓ | No _____ | JULY 24-2006 | AFFIRM |
| Supreme Court of California | Yes ✓ | No _____ | APRIL 30-2007 | AFFIRM |
| Any other court | Yes _____ | No ✓ | | |

(b)   If you appealed, were the grounds the same as those that you are raising in this petition?   Yes ✓   No _____

(c)   Was there an opinion?   Yes ✓   No _____

(d)   Did you seek permission to file a late appeal under Rule 31(a)?   Yes _____   No ✓

If you did, give the name of the court and the result:

_____

9.   Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?   Yes _____   No ✓

3

Note:  If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition.  You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit.  28 U.S.C. § 2244(b).

    (a)  If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding.  Attach extra paper if you need more space.

I.   Name of Court _____

    Type of Proceeding _____

    Grounds raised (Be brief but specific):

       a.   _____

       b.   _____

       c.   _____

       d.   _____

    Result _____ Date of Result _____

II.  Name of Court _____

    Type of Proceeding _____

    Grounds raised (Be brief but specific):

       a.   _____

       b.   _____

       c.   _____

       d.   _____

    Result _____ Date of Result _____

III. Name of Court _____

    Type of Proceeding _____

    Grounds raised (Be brief but specific):

       a.   _____

4

b. _____

c. _____

d. _____

Result _____    Date of Result _____

    (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?  Yes _____  No ✓

_____
(Name and location of Court)

## B. GROUNDS FOR RELIEF

    State briefly every reason that you believe you are being confined unlawfully.  Give facts to support each claim.  For example, what legal right or privilege were you denied?  What happened?  Who made the error?  Avoid legal arguments with numerous case citations. Attach extra paper if you need more space.  Answer the same questions for each claim.

    Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent petitions may be dismissed without review on the merits.  28 U.S.C. § 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

    Claim One: INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL, ALLSO THERE WAS NO PLAUSIBLE REASON TACTICAL TO NOT RESPOUND TO PROSECUTOR'S ARGUMENT

    Supporting Facts: STRICKLAND V. WASHINGTON, SUPRA, 466 U.S. AT P 693-694) BY FAILING TO ADDRESS THIS JURY SAW DEFENDANT AS A WILLING PARTEP WITHIN A MURDER/BURGLARY/ROBBERY/ E.C.T. AND A LIAR THIS WAS THE EVIDENTIARY BOMBSHELL. THIS WAS THE HOLE CASE AND THE VERDICT WAS CLEAR.

    Claim Two: INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL, ALLSO GIVEN THE WEAKNESSES WITHIN THE PROSECUTION'S EVIDENCE,

    Supporting Facts: IF COUNSEL HAD AGGRESSIVELY RESPONDED AND DEMONSTRATED TO THE JURY THAT THIS WAS INCONSISTENT WITH THE EVIDENCE AND ALLSO WITH THE PROSECUTION'S ENTIRE APPROACH TO THE CASE, UP TO CLOSING ARGUMENT, (STRICKLAND V. WASHINGTON, SUPRA 466 U.S. AT P. 694-695; PEOPLE V. FOSSELMAN, SUPRA, 33 CAL-3d 572, 583-584)

Claim Three: BY FAILING TO OBJECT ON PROPER GROUNDS TO PROSECUTORIAL MISCONDUCT IN CLOSING ARGUMENT, COUNSEL FAILED TO PROVIDE EFFECTIVE ASSISTANCE OF COUNSEL,

Supporting Facts: GUARANTEED UNDER THE SIXTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND ARTICLE I, SECTION 15* OF THE CALIFORNIA CONSTITUTION, (STRICKLAND V. WASHINGTON, SUPRA, 466 U.S. AT P. 693-694

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

_____

_____

_____

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL   STRICKLAND V. WASHINGTON, 466.US.668 (1984) PROSECUTORS MISSTATEMENTS OF FACT USED TO OBTAIN CONVICTION D PROSECUTORIAL MISCONDUCT (FAIR TRIAL) DARDEN V. WAINWRIGHT 477.US. 168 (1986)

BERGER V. US 295.78 (1935)

Do you have an attorney for this petition?   Yes _____   No ✓
If you do, give the name and address of your attorney:

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

Executed on JUNE 1 2008
               Date                          Signature of Petitioner

(rev. 5/96)

6

E-filing

**FILED**

JUN 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08   2890   CW   (PR)

| Short Title: | | Court Case No: |
|---|---|---|

## Proof of Service By Mail

I am over the age of 18 and a party/not a party (mark one out) to the cause.

I am a resident of or employed in the county where the mailing occurred. My residence or business address is (specify):

CENTINELA STATE PRISON · (I.D. # F-06015 )
2302 BROWN ROAD
P.O. BOX 921
IMPERIAL, CA. 92251

I served the attached: **WRIT OF HABEAS CORPUS**

By enclosing true copies in a sealed envelope addressed to each person whose name and address is given below and depositing the envelopes in the United States mail with the postage fully prepaid, in the County of Imperial. Date of deposit: **JUNE 1 2008**

NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, 450 GOLDEN GATE AVE BOX 36060, SAN FRANCISCO CA 94102

I certify under penalty of perjury that the foregoing is true and correct.

DATE: 6/1/08

MR KEVIN E CLARKE
(TYPE OR PRINT NAME)

▶ Kevin E Clark
(SIGNATURE OF DECLARANT)



Mr. Kevin E. Clarke F-06015
Centinela State Prison C-2-115
P.O. Box 921
Imperial C.A. 92251

LEGAL MAIL

To: Clerk of the U.S. District Court
for Northern District of California
450 Golden Gate Ave.
Box 36060.
San Francisco C.A. 94102

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

JUN  4 2008

$ 00.42⁰

94102843432 C0004