FILED
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MR KEVIN E CLARKE, Plaintiff,

v.

Defendant.

) CV-08 2890 CW (PR)
) CASE NO
) PRISONER'S
) IN FORMA PAUPERIS
) APPLICATION

E-filing

I, MR KEVIN EDWARD CLARKE, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ____   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

HAVE BEEN IN PRISON FIVE YEAR DO NOT WORK!!

(rev. 5/96)

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment    Yes _____ No ✓
   b. Income from stocks, bonds, or royalties?    Yes _____ No ✓
   c. Rent payments?    Yes _____ No ✓
   d. Pensions, annuities, or life insurance payments?    Yes _____ No ✓
   e. Federal or State welfare payments, Social Security or other government source?    Yes _____ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.  Are you married?    Yes _____ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.  a. List amount you contribute to your spouse's support:

$ _____

   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5.  Do you own or are you buying a home?    Yes _____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes _____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

(Rev. 5/30)                           9

7.  Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____   No __✓__

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?   Yes _____   No _____   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes _____   No _____

_____

8.  What are your monthly expenses?

Rent: $ _____   Utilities: _____

Food: $ _____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

JUNE 1 08                            [signature] Jim E Ueck
   DATE                              SIGNATURE OF APPLICANT

(rev. 5/96)                    10