UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN E CLARKE,

        Plaintiff,

  v.

VICTOR M ALMAGER et al,

        Defendant.

Case Number: CV08-02890 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2010, I SERVED a true and correct copy(ies) of the Order Denying Petition for Writ of Habeas Corpus, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin E. Clarke F-06015
C-2-135
Centinela State Prison
P.O. Box 921
Imperial, CA 92251

Dated: July 22, 2010

        Richard W. Wieking, Clerk
        By: Ronnie Hersler, Adm Law Clerk